FRANK J. TAYLOR, Commissioner of Public Welfare of the City of New York, on Complaint of ESTELLE HOROWITZ, Respondent, v. WILLIAM DIAMOND, Appellant. — Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.

WIDDER DYE & CHEMICAL CO., INC., and SAMUEL WEISS, Appellants, v. UNITED STATES MARKING TAG CO., INC., and Another, Defendants; JOSEPH A. PERL-STEIN, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.

JOHN AQUINO, INC., Respondent, v. LUIGI BOSCA & FIGLIA and Another, Defendants, Impleaded with PETER S. GOGGI and PIO M. GOGGI, Doing Business under the Firm Name and Style of GOGGI BROS., Appellants.— Order reversed on the law and the facts, with ten dollars costs and disbursements, and plaintiff's motion for a temporary injunction denied, on the ground that the plaintiff has failed to show facts establishing a clear right to a temporary injunction, and that the issue as to which of the two parties is the exclusive agent for the sale of " Bosca " wine in this country should be determined on the trial. The defendants are apparently financially responsible for any damages the plaintiff may be able to establish for the period pending the trial; and if the plaintiff should not succeed in its action the business of the defendants would be irreparably damaged by an injunction restraining them from doing business during the period before a trial can be had. The plaintiff may renew the motion if it can be made to appear that the defendants are not financially responsible or that by any acts on their part they are unduly delaying the trial of the action. Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ., concur.

CHARLES ARONSON, Respondent, v. ABRAHAM KUTTNER, Appellant, and Others, Defendants.— Order modified so as to provide that the motion of the plaintiff for summary judgment be denied, and as so modified affirmed, with ten dollars costs and disbursements to appellant. In our opinion there are issues to be tried and equities to be adjusted between the parties. (See sections 1083-a and 1083-b of the Civil Practice Act, added by chapter 794 of the Laws of 1933.) Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ., concur.

J. & T. COUSINS COMPANY, Respondent, v. SHOE AND LEATHER WORKERS INDUSTRIAL UNION OF NEW YORK, Appellant, and Others, Defendants.— Order granting motion to strike out the first separate defense in appellant's answer affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ., concur. [150 Misc. 575.]

WALTER DIAMOND, Doing Business as DIAMOND METAL COMPANY, Respondent, v. GENERAL ELECTRIC COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Young, Carswell, Scudder, Tompkins and Davis, JJ.